JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., <br><br>  Petitioner, <br><br>  v. <br><br> J. LIZARRAGA, Warden, <br><br>  Respondent. | Case No. 2:14-cv-06495-FLA(AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED and dismissed with prejudice.

Dated: February 27, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge